# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1093

_____

Ezekiel L. Lofton,                          *
                                            *
        Appellant,              *
                                            *     Appeal from the United States
    v.                              *     District Court for the
                                            *     Eastern District of Arkansas.
Stant Manufacturing,                        *          [UNPUBLISHED]
                                            *
        Appellee.               *

_____

Submitted:  June 10, 1998

Filed:  July 2, 1998

_____

Before WOLLMAN and MURPHY, Circuit Judges, and KYLE,[1] District Judge.

_____

PER CURIAM.

Ezekiel L. Lofton appeals from the district court's[2] grant of judgment as a matter of law to Stant Manufacturing, Inc. on his claim that his employer unlawfully retaliated against him for filing an employment discrimination charge in violation of Title VII, 42

_____

[1]The HONORABLE RICHARD H. KYLE, United States District Judge for the District of Minnesota, sitting by designation.

[2]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

U.S.C. § 2000e-3(a) and 42 U.S.C. § 1981.  See Kim v. Nash Finch Co., 123 F.3d 1046, 1060 (8th Cir. 1997) (detailing elements of retaliation claim under both statutes). Having reviewed the record and the parties' briefs, we conclude that the judgment of the district court was correct.  See 8th Cir. R. 47B.

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.